MEG:PAS
F. #2018R02031

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHAEL BROGAN,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 19-207 (NGG)
(T. 18, U.S.C., §§ 115(a)(1)(B)
and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

THREATENING TO ASSAULT AND MURDER A UNITED STATES OFFICIAL

    On or about December 4, 2018, within the Eastern District of New York and elsewhere, the defendant MICHAEL BROGAN did knowingly and intentionally threaten to assault and murder a United States official, with intent to impede, intimidate and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, to wit: BROGAN threatened to assault and murder a United States Senator (the "Senator"), an individual whose identity is known to the United States Attorney, in retaliation for the

Senator's opposition to positions of the President of the United States of America and the Senator's position concerning reproductive rights.

(Title 18, United States Code, Sections 115(a)(1)(B) and 3551 et seq.)

*[signature: Richard P. Donoghue]*
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2018R02301

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*MICHAEL BROGAN,*

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 115(a)(1)(B) and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
*Clerk*

*Bail, $* _____

*Phil Selden, Assistant U.S. Attorney (718) 254-6257*