**DOCKET NUMBER**: CR 19-0207 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: GARAUFIS  **DATE**: SEPTEMBER 27, 2019  **TIME IN COURT**  __60__  **MINS**
**HRS**                                         @ 2:30 PM.

**1. DEFENDANT** : MICHAEL BROGAN

Present X   Not Present     Custody                  Not Custody X

**DEFENSE COUNSEL**: MICHAEL SCHNEIDER
X   FEDERAL DEFENDER:         CJA:            RETAINED:

**2. DEFENDANT:**

Present    Not Present     Custody    Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:      CJA:         RETAINED:

**A.U.S.A.**: PHILIP SELDEN

**COURT REPORTER**: LINDA DANELCZYK                **ESR**:
**INTERPRETER**:        **LANGUAGE**:

☐   Change of Plea Hearing (~Util-Plea Entered)   ☐   Revocation of Probation contested
☐   Status Conference
☐   Motion                                        ☐   Sentencing on a violation
☐   Pre Trial Conference
☐   Motion Hearing                                ☐   Violation of Supervised Release
      ☐   Plea Entered                            X   Sentencing
☐   Bail Appeal                                   ☐   Motion for sentence reduction
☐   Voir Dire Begun                               ☐   Oral Argument
☐   Voir Dire Held        Jury selection          ☐   Jury trial
☐   Jury Trial Death Penalty   ☐   Sentence enhancement Phase   ☐   Bench Trial Begun

**Speedy Trial Start**:   **Speedy Trial Stop**:   **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**        YES                NO   X

SENTENCING HELD; THE JUDGMENT WILL BE PREPARED AND FILED SHORTLY.